1 | John M. Cowden (State Bar No. 224963)
JACKSON LEWIS LLP
2 | 199 Fremont Street, 10th Floor
San Francisco, California 94105
3 | Telephone: (415) 394-9400
Facsimile: (415) 394-9401
4
Attorneys for Defendant
5 | SPECIALTY RESTAURANT CORPORATION

6 | Josh S. Brownstein (State Bar No. 209760)
Mark C. Thomas (State Bar No. 215580)
7 | BROWNSTEIN THOMAS LLP
180 Montgomery Street, Suite 940
8 | San Francisco, CA 94105
Telephone: (415) 986-1338
9 | Facsimile: (415) 986-1231

10 | Attorneys for Plaintiff
GUILLERMO VIDAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GUILLERMO VIDAL, an individual, | Case No. CV 09 5414 SBA |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR REASSIGNMENT TO MAGISTRATE JUDGE** |
| SPECIALTY RESTAURANT CORPORATION, a California corporation, | |
| Defendant. | |
| | Complaint Filed: November 17, 2009<br>Trial Date: Not Yet Set |

Pursuant to U.S.D.C. - Northern District Local Rule 73-1(b), plaintiff Guillermo Vidal ("plaintiff") and defendant Specialty Restaurant Corporation ("defendant") jointly stipulate to reassignment for all purposes to Magistrate Judge Edward Chen.

Date: April 20, 2010                              JACKSON LEWIS LLP


                                                  _____
                                                  John M. Cowden

                                                  Attorneys for Defendant
                                                  SPECIALTY RESTAURANT CORPORATION


Date: April __, 2010                              BROWNSTEIN THOMAS LLP


                                                  _____
                                                  Mark C. Thomas
                                                  Josh S. Brownstein

                                                  Attorneys for Plaintiff
                                                  GUILLERMO VIDAL


**IT IS SO ORDERED.**

Date: 4/21/10                                     _____
                                                  Judge Saundra B. Armstrong
                                                  U.S.D.C. – Northern District

Joint Stip for Reassignment for Magistrate Judge                    Case No. CV 09 5414 SBA

1