John M. Cowden (State Bar No. 224963)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: cowdenj@jacksonlewis.com

Attorneys for Defendant
SPECIALTY RESTAURANT CORPORATION

Mark C. Thomas (State Bar No. 215580)
BROWNSTEIN THOMAS, LLP
180 Montgomery Street, Suite 940
San Francisco, CA 94104
Telephone: (415) 986-1338
Facsimile: (415) 986-1231
E-mail: mark@brownsteinthomas.com

Attorneys for Plaintiff
GUILLERMO VIDAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO VIDAL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALTY RESTAURANT CORPORATION, a California corporation,<br><br>Defendant. | Case No. CV 09 5414 EMC<br><br>**STIPULATION BETWEEN THE PARTIES TO CONTINUE CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR JULY 21, 2010 AND [PROPOSED] ORDER**<br><br>Complaint Filed: November 17, 2009<br>Trial Date: February 14, 2011 |

The parties hereby stipulate to reschedule the Case Management Conference now set for July 21, 2010, to August 25, 2010, in order to finalize the anticipated settlement documents in this matter. If necessary, a Joint Case Management Conference Statement will be filed no later than August ~~20~~ 18, 2010.

//

//

**IT IS SO STIPULATED.**

Date: July 15, 2010

Respectfully submitted,

JACKSON LEWIS LLP

_____
John M. Cowden

Attorneys for Defendant
SPECIALTY RESTAURANT CORPORATION


BROWNSTEIN THOMAS, LLP

_____
Mark C. Thomas

Attorneys for Plaintiff
GUILLERMO VIDAL

**IT IS SO ORDERED.**

Date: July ___19___, 2010

_____
Magistrate Judge Edward M. Chen
United States District Court
Northern District of California

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

Stipulation to Continue Case Management Conference and [Prop] Order

2

Case No. CV 09 5414 EMC