1  John M. Cowden (State Bar No. 224963)
   JACKSON LEWIS LLP
2  199 Fremont Street, 10th Floor
   San Francisco, California 94105
3  Telephone: (415) 394-9400
   Facsimile:  (415) 394-9401
4  Attorneys for Defendant
   SPECIALTY RESTAURANT CORPORATION
5
   BROWNSTEIN THOMAS, LLP
6  MARK C. THOMAS SBN: 215580
   180 Montgomery Street, Suite 940
7  San Francisco, CA 94104
   Telephone: 415-986-1338
8  Facsimile: 415-986-1231

9  Attorneys for Plaintiff
   Guillermo Vidal
10

11

12                    UNITED STATES DISTRICT COURT
13                   NORTHERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| 15  GUILLERMO VIDAL, an individual, | CASE NO.: CV 09 5414 EMC |
| 16             Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER** |
| 17      vs. | |
| 18  SPECIALTY RESTAURANT | Judge: The Hon. Edward M. Chen |
| 19  CORPORATION, a California corporation, | Dept: C |
| 20             Defendant. | |

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE - 1

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and a settlement reached by the parties plaintiff Guillermo Vidal ("Plaintiff") and defendant Specialty Restaurant Corporation ("Defendant"), by and through their respective counsel of record, hereby stipulate to and request a dismissal with prejudice of this entire action, including any and all claims and causes of action alleged against any and all defendants, with each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: August 5, 2010                    BROWNSTEIN THOMAS, LLP

                                         By: _____
                                              Mark C. Thomas
                                              Attorneys for Plaintiff


Dated: August 5, 2010                    JACKSON LEWIS, LLP

                                         By: _____
                                              John M. Cowden
                                              Attorney for Defendant

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice and each party will bear its own costs and attorneys' fees.

DATED: 8/10/10

THE HON. ___
UNITED STATES ___ JUDGE

IT IS SO ORDERED
Judge Edward M. Chen